```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 21005
    DELMAS S MARSHALL
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7192

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 08/11/2008 and was not confirmed.

       The case was dismissed without confirmation 11/26/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                        PAID        PAID
--------------------------------------------------------------------------------
CITICORP TRUST BANK      CURRENT MORTG        .00          .00           .00
CITICORP TRUST BANK      MORTGAGE ARRE   21583.00          .00           .00
WELLS FARGO AUTO FINANCE SECURED VEHIC    4000.00          .00        400.00
IL STATE DISBURSEMENT UN DSO ARREARS     NOT FILED         .00           .00
AMTRAK                   UNSECURED       NOT FILED         .00           .00
EVERGREEN EMERGENCY SCVS UNSECURED       NOT FILED         .00           .00
PREMIER BANKCARD         UNSECURED          374.43         .00           .00
HSBC BANK                UNSECURED       NOT FILED         .00           .00
LITTLE COMPANY OF MARY H UNSECURED       NOT FILED         .00           .00
RUSH UNIVERSITY MEDICAL  UNSECURED       NOT FILED         .00           .00
SOUTHWEST AIRLINES CO    UNSECURED       NOT FILED         .00           .00
MARTHA MARSHALL          NOTICE ONLY     NOT FILED         .00           .00
SBC ILLINOIS             UNSECURED           267.08        .00           .00
WELLS FARGO AUTO FINANCE UNSECURED          1393.76        .00           .00
MELVIN J KAPLAN          DEBTOR ATTY      1,550.00                    360.03
TOM VAUGHN               TRUSTEE                                       58.97
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     819.00

PRIORITY                                              .00
SECURED                                            400.00
UNSECURED                                             .00
ADMINISTRATIVE                                     360.03
TRUSTEE COMPENSATION                                58.97
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                      819.00                 819.00
```

               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 21005 DELMAS S MARSHALL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/25/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |